# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

SHAFIQ IMANI,
    Plaintiff

    v.                                CASE NUMBER: 05-C-297

OFFICER BENTLEY and LT. HABECK,
    Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the defendants' motion for summary judgment (Docket #30) is granted.

| | |
|---|---|
| June 19, 2006 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |